UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**WILLIAM R. KNOX.**<br><br>　　　　　Defendant. | CASE NO. 8:12CR108<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 65). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On June 17, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 45) pursuant to the provisions of 18 U.S.C. §§ 371, 1956(h), 981(a)(1)(c), 982(a)(1), 2428, and 28 U.S.C. § 2461, based upon the Defendant's plea of guilty to Counts 1, 4, and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

　　　a.　One white 2005 Ford Expedition, VIN 1FMFU18505LA67848;

　　　b.　One white 2004 Nissan Roadster, VIN JN1AZ36A84T012061;

　　　c.　Seized contents of bank account number xxxxxx3365 under the name NTS Spa, Ltd., dba Ninety Third Street Spa at Wells Fargo Bank, N.A., in Omaha, Nebraska;

　　　d.　Seized contents of bank account number xxx4401 under the name Knox Contracting and Development Corp., William R.

1

    Knox, at Gateway Community Bank, a division of Northwest Federal Savings, aka Northwest Bank, in Omaha, Nebraska;

  e. Seized contents of bank account number xxx8624 under the name William R. Knox at Gateway Community Bank, a division of Northwest Federal Savings Bank, aka Northwest Bank, in Omaha, Nebraska.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 20, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 20, 2013 (Filing No. 64).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

2. All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

  a. One white 2005 Ford Expedition, VIN 1FMFU18505LA67848;

  b. One white 2004 Nissan Roadster, VIN JN1AZ36A84T012061;

  c. Seized contents of bank account number xxxxxx3365 under the name NTS Spa, Ltd., dba Ninety Third Street Spa at Wells Fargo Bank, N.A., in Omaha, Nebraska;

  d. Seized contents of bank account number xxx4401 under the name Knox Contracting and Development Corp., William R. Knox, at Gateway Community Bank, a division of Northwest

       Federal Savings, aka Northwest Bank, in Omaha, Nebraska;

    e.    Seized contents of bank account number xxx8624 under the name William R. Knox at Gateway Community Bank, a division of Northwest Federal Savings Bank, aka Northwest Bank, in Omaha, Nebraska.

3.    The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

4.    The United States is directed to dispose of said properties in accordance with law.

DATED this 22nd day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

3