IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM R. KNOX,<br><br>　　　　　　Defendant. | 8:12CR108<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before the court on the motion of the plaintiff, United States of America, for an order releasing the garnishment against Ameriprise Financial, 53850 Ameriprise Financial Center, Minneapolis, MN, 55474 (Filing No. 93). Upon consideration,

**IT IS ORDERED** the garnishment against Ameriprise Financial is released.

Dated this 25th day of June, 2014.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　United States Magistrate Judge