# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:12CR108** |
| vs. | **ORDER TO RELEASE GARNISHMENT** |
| **WILLIAM R. KNOX,** | |
| **Defendant.** | |

This matter comes before the Court on the motion of Plaintiff for an order releasing the garnishment against MetLife, 1095 Avenue of The Americas, New York, NY 10036. (Filing 101).

**IT IS HEREBY ORDERED** that the garnishment against MetLife is released.

DATED September 18, 2014.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge